446 A.2d 667

Finnerty et al. v. Pesavento et ux., et al.

Hunter et ux. v. Pesavento ex ux., et al.

Appeal of Anthony Pesavento and Helen Pesavento, his wife, individually and trading and doing business as A. Pesavento Builder and Bridgmont, Inc., a Pennsylvania corporation.

Appeal of The Borough of Bridgeville,
municipal corporation.

Argued April 15, 1980. Edward M. Burr, for appellants (at Nos. 707, 708 and 709) and for appellees (at Nos. 750, 751 and 752); Richard A. Ferris, for appellant (at Nos. 750, 751 and 752); John A. DeMay, for

Finnerty, appellee (at Nos. 707 and 752); William G. Shaffner, for Hunter, et al., appellees (at Nos. 707, 708, 709, 750, 751 and 752); Norman J. Cowie, for Basile, appellees (at No. 751).

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order of court affirmed.